# INDEX OF EXHIBITS
# GROUP 1

| | | |
|---|---|---|
| Exhibit 2 | Exhibit 29 | Exhibit 91 |
| Exhibit 3 | Exhibit 30 | Exhibit 92 |
| Exhibit 6 | Exhibit 31 | Exhibit 94 |
| Exhibit 7 | Exhibit 34 | Exhibit 95 |
| Exhibit 8 | Exhibit 35 | Exhibit 96 |
| Exhibit 10 | Exhibit 37 | Exhibit 98 |
| Exhibit 11 | Exhibit 38 | Exhibit 99 |
| Exhibit 14 | Exhibit 39 | Exhibit 106 |
| Exhibit 15 | Exhibit 42 | Exhibit 107 |
| Exhibit 17 | Exhibit 47 | Exhibit 111 |
| Exhibit 18 | Exhibit 51 | Exhibit 115 |
| Exhibit 21 | Exhibit 55 | Exhibit 116 |
| Exhibit 22 | Exhibit 57 | Exhibit 117 |
| Exhibit 23 | Exhibit 60 | Exhibit 118 |
| Exhibit 24 | Exhibit 61 | Exhibit 121 |
| Exhibit 25 | Exhibit 62 | Exhibit 122 |
| Exhibit 26 | Exhibit 63 | Exhibit 123 |
| Exhibit 27 | Exhibit 80 | Exhibit 124 |
| Exhibit 28 | Exhibit 89 | |